UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 07-62-B-W |
| | ) | |
| **RICKY LEE BECK** | ) | |

### SPEEDY TRIAL ORDER

This matter comes before the Court on Defendant's Motion for Enlargement of Time for Filing of Pretrial Motions. Defendant filed the motion on January 2, 2008, requesting an extension to January 7, 2008. The Court granted the motion on January 2, 2008.

After full consideration of the representations of the parties and the record in this case, the Court hereby incorporates those representations as findings of fact. Taking into consideration the factors set forth in 18 U.S.C. §3161(h)(8)(B), the Court finds that the ends of justice served by the requested continuance outweigh the interests of the public and of the Defendants in a speedy and public trial.

**IT IS HEREBY ORDERED THAT:**

The time period between January 2, 2008, the date of the motion, and January 7, 2008, the requested enlargement date, is

hereby excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161.

**SO ORDERED.**

| | |
|---|---|
| January 4, 2008 | /s/ Margaret J. Kravchuk<br>U.S. Magistrate |